# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **CHARLES LEE GALLOW** | * | **CIVIL ACTION NO. 16-0245**<br>Section P |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **D CALENDER ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that the Motion for Summary Judgment [Doc. No. 32] filed by Defendants Warden Chris Frederick, David Callendar, Captain Michael Krane, Lt. Hatten, Debbie Carrol, and Stacy Kaderka is GRANTED, and Plaintiff's claims against all Defendants are hereby DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 22nd day of December, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE